UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVIS BENJAMIN,<br><br>        Plaintiff,<br><br>vs.<br><br>DOVE MAILING, INC.<br>doing business as<br>Dove Direct,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO.1:20-cv-5205-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr, Senior United States District Judge, for consideration the Magistrate Judge's Report and Recommendation as to Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiff take nothing; that the defendant recover its costs of this action and the action be, and the same hereby, is **dismissed.**

Dated at Gainesville, Georgia, this 5th day of December, 2022.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT


                                      By:  s/Shane Gazaway
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 5, 2022
Kevin P. Weimer
Clerk of Court

By:  s/Shane Gazaway
       Deputy Clerk